Robert MILLER *v.* STATE of Arkansas

CR 96-1448                                                       934 S.W.2d 532

Supreme Court of Arkansas
Opinion delivered December 23, 1996

*Darrel Blount,* for appellant.

Per Curiam. Robert Miller, by his attorney, has filed a motion for a rule on the clerk.

His attorney, Darrel Blount, admits in his motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.